UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KLINEFELTER,

    Plaintiff,

  v.

,

    Defendant.

Case No. 21-cv-02170-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff, a state prisoner proceeding pro se, wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice. Twenty-eight days has passed and plaintiff has not submitted any filing or otherwise communicated with the court. This case is therefore **DISMISSED** without prejudice. No fee is due.

    **IT IS SO ORDERED.**

Dated: May 11, 2021

                          /s/ Phyllis J. Hamilton
                          PHYLLIS J. HAMILTON
                          United States District Judge